# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE EUGENE WILLIAMS,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00187-HDM-CLB<br><br>**ORDER** |

On May 24, 2021, the Court entered an order directing Petitioner Terrance Eugene Williams, a *pro se* Nevada prisoner, to file his petition on the Court's required 28 U.S.C. § 2254 petition form and to either pay the standard five dollar ($5.00) filing fee or file a complete application for leave to proceed *in forma pauperis* ("IFP") within 30 days. ECF No. 4. On June 9, 2021, Petitioner filed a Motion for Appointment of Counsel[1] (ECF No. 5) and another IFP application (ECF No. 6).

Petitioner's IFP application, however, is incomplete. Petitioner must include a copy of the prisoner's trust account statement for the six-month period prior to filing.[2] *See* 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Petitioner will have 30 days from the date of this order to submit a copy of the prisoner's trust account statement for the six-month period prior to filing to complete his

---

[1] The Court will defer consideration of the motion for appointment of counsel until Petitioner has fully complied with this order.

[2] An IFP application is complete with the appropriate supporting documentation: (1) a financial certificate signed by an authorized prison official, (2) a copy of the prisoner's trust account statement for the six-month period prior to filing, and (3) a financial affidavit and acknowledgement signed by the prisoner showing an inability to prepay fees and costs or give security for them.

1

IFP application or alternatively pay the $5.00 filing fee.

In addition, to date, Petitioner has not filed an amended petition on the Court's required 28 U.S.C. § 2254 petition form as instructed in the Court's previous order. Local Rule LSR 3-1 requires Petitioner to file his petition on the Court's required § 2254 petition form. Instead of complying with the local rule, Petitioner used a state court form. Petitioner must use the required form to state his claims in order to provide the court with necessary information to conduct preliminary review of the petition. Accordingly, Petitioner must file an amended petition on the Court's form within 30 days of the date of this order.

Petitioner must clearly title the amended petition as such by writing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus" on page 1 in the caption, and he must place the case number, 3:21-cv-00187-HDM-CLB, in the designated space. Under Local Rule 15-1, the amended petition must be complete in itself without reference to previously filed papers. Thus, the claims and allegations that are stated in the amended petition will be the only matters remaining before the Court. Any claims or allegations that are left out of the amended petition or that are not re-alleged will not be considered.

Lastly, electronic filing is now mandatory at Northern Nevada Correctional Center for all prisoner filings in all federal cases before this Court, including civil rights and habeas corpus cases, in accordance with the Court's Fifth Amended General Order 2012-01. (ECF No. 3). Since he is housed at Northern Nevada Correctional Center, Petitioner must electronically file all future court documents, instead of mailing those documents to the Clerk of

Court.

**IT IS THEREFORE ORDERED:**

1. Within 30 days of the date of this order, Petitioner must file a copy of his inmate trust account statement for the six-month period prior to filing. Alternatively, Petitioner will pay the $5 filing fee within 30 days.
2. The Clerk of Court is instructed to MAIL Petitioner a blank form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with instructions.
3. Petitioner must file an amended petition on the Court's form within 30 days. Petitioner must clearly title the amended petition as such by writing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus" on page 1 in the caption, and he must place the case number, 3:21-cv-00187-HDM-CLB, in the designated space.
4. Petitioner's failure to comply with this Order by (a) filing an amended petition, and either (b) submitting a statement of his inmate trust account for the six-month period prior to filing to complete his IFP application, or (c) paying the filing fee within 30 days will result in the dismissal of this action without prejudice and without further advance notice.

DATED: this 6th day of July, 2021.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE