UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE EUGENE WILLIAMS,<br><br>                 Petitioner,<br>    v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                 Respondents. | Case No. 3:21-cv-00187-HDM-CLB<br><br>**ORDER** |

    This habeas matter is before the Court on Petitioner Terrance Eugene Williams's failure to keep the court apprised of his current address. The Northern Nevada Correctional Center law library has returned court filings sent to the last institutional address Petitioner provided with a notation indicating that he is no longer at the institution and has been transferred to Ely State Prison. *See* Returned Mail NEF (ECF Nos. 39, 40). The inmate search tool on the Nevada Department of Corrections' ("NDOC") website also reflects that Petitioner is now incarcerated at Ely State Prison.

    The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the court deems appropriate. *Id*.

    On June 3, 2022, the Court entered an order dismissing without prejudice Petitioner's first amended petition (ECF No. 19) and entering judgment (ECF No. 38). **IT IS THEREFORE ORDERED** that the

1  Clerk of Court shall send a copy of the Court's order dismissing
2  without prejudice Petitioner's first amended petition and judgment
3  entered on June 3, 2022 (ECF Nos. 37, 38) to Petitioner Terrance
4  Eugene Williams, identification number 93697, at Ely State Prison.
5      DATED: this 7th day of June, 2022.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE